**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

WESLEY GOLDWIRE,

        Petitioner,

v.                                                   CASE NO.:  4:07cv340-SPM/WCS

WALTER A. MCNEIL,

        Respondent.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

    **THIS CAUSE** comes before the Court upon the magistrate judge's "Report and Recommendation" (doc. 16).  The parties were both furnished a copy, and Petitioner timely filed an objection (doc. 17).  Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made.  I find that the Report and Recommendation should be adopted and that Petitioner's 28 U.S.C. § 2254 habeas petition should be denied.

    Petitioner was convicted after a jury trial.  His conviction was affirmed on direct appeal.  He then filed a Rule 3.850 motion, which was denied, and that judgment was affirmed on appeal.  Petitioner's 28 U.S.C. § 2254 habeas petition is based on an ineffective assistance of counsel claim.

    No matters are raised by Petitioner which would warrant additional consideration at this stage.  Petitioner has not shown the magistrate judge's report to be incorrect in any way.  Petitioner's objections simply reiterate that

Petitioner believes the evidence was insufficient to convict Petitioner.  Petitioner's objections failed to show that the state court applied <u>Strickland v. Washington</u>, 466 U.S. 668 (1984), to the facts of his case in an objectively unreasonable manner.  <u>Bell v. Cone</u>, 535 U.S. 685, 698-99 (2002).

The magistrate judge carefully considered the ample factual history available to him in making his decision.  Even considering all facts in the light most favorable to Petitioner, and considering Petitioner's objections, it is clear that Petitioner's continued detention is lawful.  There is no error in the magistrate judge's very thorough findings.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1.	The magistrate judge's Report and Recommendation (doc. 16) is ADOPTED and incorporated by reference in this order.

2.	The petition for writ of habeas corpus is ***denied with prejudice***.

DONE AND ORDERED this <u>ninth</u> day of December, 2008.


_s/ Stephan P. Mickle_

Stephan P. Mickle
United States District Judge